IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41243
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEJANDRO SANTAMARIA-BORJAS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-218-1
--------------------
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Alejandro Santamaria-Borjas has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Santamaria filed a response asking that his appeal be dismissed because he cannot afford to pursue it, although he is represented by court-appointed counsel in this appeal.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion to withdraw is granted, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the appeal is DISMISSED.  *See* 5TH

CIR. R. 42.2.